UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20718-Civ-COOKE-BANDSTRA

ALBERT SEGAL, and
MARIANNA CHAPAROVA,

    Plaintiffs
vs.

AMAZON.COM, INC.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

THIS MATTER is before me on the Defendant's Motion to Dismiss [D.E. 17]. On June 21, 2010, the Plaintiffs filed their Amended Complaint [D.E. 22] pursuant to Federal Rule of Civil Procedure 15(a)(2). The filing of the amended complaint moots the Defendant's Motion to Dismiss. *See Taylor v. Alabama*, 275 F. App'x 836, 838 (Cir. 11th 2008) (noting that when the plaintiffs amended their complaint the defendants' motion to dismiss became moot). Accordingly, it is **ORDERED and ADJUDGED** that the Defendant's Motion to Dismiss [D.E. 17] is **DENIED**, without prejudice, as moot.

**DONE and ORDERED** in chambers at Miami, Florida, this 29th day of June 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*

*Counsel of record*

Albert Segal & Marianna Chaparova
10490 S.W. 12th Terr., Apt# 202
Miami, FL 33174